IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REGINALD D. MARABLE, SR.,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| **MARION MILITARY INSTITUTE** And **COL. THOMAS L. TATE, in his** Individual and official capacities, | ) ) )   CASE NO. 2:11-cv-563-CG-B ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT

In accordance with the court's order entered on November 5, 2012, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, Marion Military Institute and Col. Thomas L. Tate, in his individual and official capacities, and against the plaintiff, Reginald D. Marable, Sr.

Therefore, plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE** and **ORDERED** this 5th day of November, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE